**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

May 02, 2023

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| SELENE FINANCE LP | § | |
| | § | |
| *versus* | § | Civil Action 4:22–cv–03781 |
| | § | |
| MM Mortgage Services, Inc. | § | |

## Recusal Order

1.     I stand recused in this case.

2.     Deadlines in scheduling orders subsist. Court settings are vacated.


Signed on May 2, 2023, at Houston, Texas.


_____
David Hittner
United States District Judge